No. 90–6217. ROBBINS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–6220. ADAMU v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–6226. COLBERT v. OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 90–6230. MARTIN v. TOWNSEND ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–6231. HOLLAND v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–6234. LYLE v. CORDS ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–6236. DORANI v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–6237. FLAKES v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 90–6240. JUVENILE ACTION NO. JV–115567 v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 90–6246. PHILLIPPI v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–6247. HARMONY, AKA SEMPLE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 90–6249. BERRY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–6256. SANTANA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–6258. PIERRE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–6260. SASSOWER v. THORNBURGH. C. A. D. C. Cir. Certiorari denied.

No. 90–6264. BENNETT ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.